THE HACKETTSTOWN NATIONAL BANK, Respondent, *v.* GEORGE M. REA et al., Appellants.

(Argued May 29, 1873 ; decided June 10, 1873.)

*Charles N. Black* for the appellants.

*John Chetwood* for the respondent.

Agree to affirm ; no opinion.
Judgment affirmed.

---

AVERILL N. GRIFFIN, Administrator, etc., et al., Respondents, *v.* THE NEW YORK CENTRAL RAILROAD Co., Appellant.

(Argued May 29, 1873 ; decided June 3, 1873.)

*S. W. Jackson* for the appellant.

*Esek Cowen* for the respondents.

Agree to affirm ; no opinion.
Judgment affirmed.

---

JACOB H. V. COCKROFT, Respondent, *v.* HORACE B. CLAFLIN, impleaded, etc., Appellant.

(Argued May 29, 1873 ; decided June 10, 1873.)

*Charles H. Smith* for the appellant.

*Charles N. Black* for the respondent.

Agree to affirm ; no opinion.
Judgment affirmed.